774

NEWMAN & CAREY SUBWAY CONSTRUCTION COMPANY, INC., Respondent, v. THE CITY OF NEW YORK, Appellant, and INTERBOROUGH RAPID TRANSIT COMPANY, Defendant.— Judgment entered on the verdict of a jury in an action to recover damages incurred by plaintiff by reason of delays and interference by defendant The City of New York in connection with a contract for subway construction unanimously affirmed, in so far as appealed from, with costs. No opinion. Present — Kapper, Hagarty, Scudder, Tompkins and Davis, JJ.

CECELIA PERRY, Appellant, v. HAROLD PERRY, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MORRIS G. SCHER, Appellant, v. BARTH-GUTTMAN TEXTILE CORPORATION and Others, Defendants; BENJAMIN C. RIBMAN, Respondent.— Order referring the issue to an official referee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

JULIUS TORRES, Respondent, v. GRACE LINE, INC., Appellant.— On argument, order modified so as to provide that appellant need not be required to proceed to trial until Monday, December 3, 1934, and as so modified affirmed, without costs. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

In the Matter of the Application of WILLIAM T. DONALDSON for Admission to the Bar. (From the State of Texas.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of ALAN J. MCBEAN for Admission to the Bar. (From the State of Nebraska.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of JOHN FOX ROLLINS for Admission to the Bar. (From the Commonwealth of Massachusetts.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of JULIAN G. STRAUS for Admission to the Bar. (From the State of Tennessee.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ABBOTT BREAD CO., INC., Respondent, v. ABRAHAM SCHLANSKY, as Treasurer of the BAKERY AND CONFECTIONERY WORKERS INTERNATIONAL UNION OF AMERICA, LOCAL 505, affiliated with the AMERICAN FEDERATION OF LABOR, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and defendant's motion granted, with ten dollars costs. The venue was improperly laid in Queens county inasmuch as the plaintiff's residence is in New York county and the defendant resides in Kings county. Defendant is, therefore, entitled to have the place of trial changed to New York county. (Civ. Prac. Act, § 182; Loretz v. Metropolitan Street R. Co., 34 App. Div. 1.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.